# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

2016 SEP -6 PM 1:11

| | | |
|---|---|---|
| IN RE | * | Case 16-64589 |
| JITENDRA KUMAR PATEL, | * | Chapter 7 |
| Debtor. | * | |

*Heather Dillard*

## DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

Debtor hereby requests an extension of time to file: x Schedules/ Statement of Financial Affairs

x Other (describe): all summary of schedule and other required documents

Date petition was filed: August 22, 2016

Date of meeting of creditors: September 26, 2016

Debtor requests an extension to: September 16, 2016

Reason extension requested: Debtor's finances are intertwined with small businesses and requires additional information from third parties that has not been provided, but is expected shortly. The Debtor needs an additional eight (8) days to compile the information necessary to prepare and file the outstanding Schedules and Statement of Financial Affairs.

Debtor understands that this motion and a proposed order shall be submitted for approval to the Chapter 13 Trustee in a chapter 13 case, and to the Office of the United States Trustee in a chapter 11 case.

Debtor further acknowledges that failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of the dismissal order, pursuant to 11 U.S.C. §109(g)(1).

This 6th day of September, 2016.

_____
Joseph H. Turner Jr.,
Proposed counsel for Debtor

Joseph H. Turner Jr., PC
580 Cliftwood Ct NE
Sandy Springs, GA 30328
770-480-1939

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | * | Case 16-64589 |
| | * | |
| JITENDRA KUMAR PATEL, | * | Chapter 7 |
| | * | |
| Debtor. | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion For Extension of Time to File Documents was served by depositing a copy of same in the United States Mail, first class postage prepaid, addressed to:

Martha Miller
Schulten, Ward & Turner LLP
260 Peachtree Street NW
Suite 2700
Atlanta, GA 30303

State of Georgia
Department of Revenue
1800 Century Blvd
Atlanta, GA 30345

Multibank 2009-1 RES-ADV Ventures, LLC
6400 Powers Ferry Rd, NW Ste 400
Atlanta, GA 30339

Telerent Leasing Corporation
1500 Equitable Bldg
100 Peachtree Street
Atlanta, GA 30303

Centimark Corporation
3 Ravinia Drive, Ste 375
Atlanta, GA 30346

This 6th day of September, 2016.

Joseph H. Turner Jr.,
Proposed counsel for Debtor

Joseph H. Turner Jr., PC
580 Cliftwood Ct NE
Sandy Springs, GA 30328
770-480-1939