UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 16-64589-LRC |
| JITENDRA KUMAR PATEL | : | |
| | : | |
| Debtor. | : | Chapter 7 |

## TRUSTEE'S APPLICATION FOR APPOINTMENT OF COUNSEL

Martha A. Miller, Trustee herein, respectfully applies for authority to employ Schulten Ward Turner & Weiss, LLP ("Firm") as counsel for Trustee.  In support of the application, Trustee shows that:

1.

Applicant is the Trustee appointed by the Court to administer this bankruptcy estate.

2.

Legal counsel for Trustee appears necessary in this case in order to assist Trustee in the investigation and recovery of assets of the estate.  Specific to this case, the Trustee is investigating a possible fraudulent conveyance by Debtor.

3.

Counsel of said firm is admitted to practice in this Court, has knowledge and experience in bankruptcy practice and is well qualified to represent Trustee in this matter.

4.

The current hourly billing rates for trustee cases of the attorney and paralegal who are expected to render services in the case are as follows:

1. Martha A. Miller, Partner          $355.00

2. Lana Warnock, Paralegal           $125.00

Rates for non-trustee cases are often higher. Depending on the need for particular expertise or the exigencies of the case, other attorneys may also provide services, but only after approval by this Court. The above rates may be increased during the term of the proposed employment.

5.

Professional services which may be rendered for which it is necessary that an attorney act include:

    a.    preparation of pleadings and motions and conducting of examinations incidental to the administration of the estate;

    b.    investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, accounts receivables, prosecution of the estate's claims, or pending litigation; and

    c.    any and all other necessary action incident to the proper preservation and administration of the estate;

6.

To the best of applicant's knowledge, said firm acting as counsel in this case will be in the best interest of the estate in that applicant will be familiar with the case and the duplication of efforts, expense and delay inherent in acquainting and counseling other attorneys regarding operative facts thus may be avoided.

7.

To the best of applicant's knowledge, the firm has no connection with debtors, its creditors, or any other party in interest, or its attorney and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Said firm has not and will not perform any services for any creditors in connection with this case. An affidavit of the attorney is attached as Exhibit "A".

{29999/001/01504913.RTFv1}

8.

Said firm does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a).

9.

In order to expedite the marshaling of the estate's assets, the law firm has heretofore performed certain professional services for the estate or plans to perform such services which may be required prior to the signing of any order upon this application.

10.

Applicant proposes that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

**WHEREFORE**, applicant prays that the law firm be authorized to act as applicant's counsel in this case and that such authorization continue if said firm should assist any successor trustee.

This 5th day of October, 2016.

Respectfully submitted,

 /s/ Martha A. Miller
Martha A. Miller
Georgia Bar No. 507950

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303
(404) 688-6800
(404) 688-6840 Facsimile
m.miller@swtwlaw.com

# EXHIBIT A

{29999/001/01504913.RTFv1}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :
                                                    :     Case No. 16-64589-LRC
JITENDRA KUMAR PATEL                                :
                                                    :
    Debtor.                                         :     Chapter 7

STATE OF GEORGIA

COUNTY OF FULTON

**<u>STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5002</u>**

The affiant hereby makes solemn oath:

1)  I am an attorney at law with Schulten Ward Turner & Weiss, LLP, with offices at 260 Peachtree Street, N.W., Suite 2700, Atlanta, Georgia 30303. I am duly admitted to practice in the State of Georgia, and in all Georgia United States District Courts, the Fifth and Eleventh Circuit Courts of Appeal, and the United States Supreme Court.

2)  I am a member of the law firm which the trustee is seeking to employ as attorneys stated in the attached application. The members and associate of this law firm are similarly duly admitted to practice in this State and before this Court. The law firm runs a conflicts check on every debtor in which employment is sought.

3)  To the best of my knowledge:

   a)  I am, and every person in my firm is, a "disinterested person," as defined by 11 U.S.C. §101(14), with respect to the above-mentioned debtors;

   b)  Neither I nor any member of this firm

      i.  hold or represent an interest adverse to this estate;

      ii.  have had any business, professional or other connections with debtors, the debtors' attorneys, or any party at interest in this case which would be adverse to this estate;

      iii.  are related to any judge of this Court, nor so connected now or in the past with any judge of this Court as to render such appointment of employment improper; and

      iv.  (including in a civic, social or similar non-pecuniary relationship), according to the best of my knowledge, information and belief, have any connection with debtors, any of the creditors of this

estate, any other known party in interest, with attorneys and accountants for debtors, with the United States Trustee or with any person employed in the office of the United States.

c) I have professional relationships with debtor's attorneys and persons employed by the office of the United States Trustee.

*Martha A. Miller*
Martha A. Miller
Georgia Bar No. 507950

Sworn to and subscribed before me
this 5th day of October, 2016.

*Lana Warnock*
Notary Public

**Lana Warnock**
Notary Public, Georgia
DeKalb County
My Commission Expires
October 20, 2017

{29999/001/01504913.RTFv1}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 16-64589-LRC |
| JITENDRA KUMAR PATEL | : | |
| | : | |
| Debtor. | : | Chapter 7 |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **Trustee's Application for Appointment of Counsel** by depositing the same in the United States mail, postage prepaid and addressed as follows:

| | | |
|---|---|---|
| United States Trustee | Joseph H. Turner, Jr. | Jitendra Kumar Patel |
| 362 United States Courthouse | 580 Cliftwood Ct Ne | 5435 Chelsen Wood Drive |
| 75 Ted Turner Dr., SW | Sandy Springs, GA 30328 | Johns Creek, GA 30097 |
| Atlanta, Georgia 30303 | *Counsel for Debtor* | |

This 5th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Martha A. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　Martha A. Miller
　　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 507950

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303
(404) 688-6800
(404) 688-6840 Facsimile