UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16-64589 |
| JITENDRA KUMAR PATEL, | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY CRAIG |
| KYLE A. COOPER, TRUSTEE, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| JITENDRA KUMAR PATEL, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Kyle A. Cooper, Chapter 7 Trustee in the above-styled case, has filed a **MOTION TO COMPEL DEBTOR TO (1) PERFORM HIS DUTIES AND (2) TURNOVER PROPERTY OF THE ESTATE** and related papers with the Court seeking an order compelling debtor to perform his duties as debtor as set forth in 11 U.S.C. §521.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **MOTION TO COMPEL** in Courtroom **1204**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at **10:15 a.m**. on **February 28, 2017.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: January 20, 2017

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
*Counsel for the Trustee*

Greene & Cooper, LLP
615 Colonial Park Drive, Suite 104
Roswell, GA 30074
(678) 507-0213

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16-64589 |
| JITENDRA KUMAR PATEL, | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY CRAIG |
| KYLE A. COOPER, TRUSTEE, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| JITENDRA KUMAR PATEL, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO COMPEL DEBTOR TO (1) PERFORM HIS DUTIES AND (2) TURNOVER PROPERTY OF THE ESTATE**

COMES NOW, Kyle A. Cooper, Chapter 7 Trustee in the above-styled case ("Trustee"), and files his *Motion to Compel Debtor to (1) Perform his Duties and (2) Turnover Property of the Estate* (the "Motion"), pursuant to 11 U.S.C. §521, in support thereof showing:

**BACKGROUND**

1.

Debtor Jitendra Kumar Patel (a/k/a Jaykumar Patel and Kumar Management Group, LLC) filed his Voluntary Petition for Chapter 7 Bankruptcy relief on or about August 22, 2016 (Doc. No. 1).

2.

Martha A. Miller was appointed as the initial Interim Chapter 7 Trustee in the above-styled case, and Debtor's initial 341 Meeting of Creditors ("First Meeting of Creditors") was set for September 26, 2016 (Doc. No. 4).

3.

Debtor failed to appear at the First Meeting of Creditors and the 341 Meeting was reset to October 24, 2016 (Doc. No. 9)

4.

On or about October 7, 2016, Martha Miller discovered a conflict and rejected her appointment as Chapter 7 Trustee in this matter (Doc. No. 13). Kyle Cooper was promptly appointed as the new Trustee and the 341 Meeting was scheduled for October 31, 2016 (Doc. 14)

5.

Debtor failed to attend the 341 Meeting set for October 31, 2016, as a result the meeting was reset under Trustee Cooper to Dec. 5, 2016 (Doc. No. 21).

6.

Although the Debtor attended the December 5, 2016 341 Meeting, Debtor failed to file his full sworn schedules in advance of the Meeting. The Trustee was forced to continue the Meeting once more.

7.

Debtor's full Schedules were not filed until December 14, 2016 (Doc. No. 25).

8.

On January 4, 2017, Trustee's Counsel issued a letter to Debtor's Counsel requesting the production and turnover of documentation related to the corporate entities and possible assets identified in the December 14, 2016 Schedules ("Production Letter"). Trustee's Counsel requested that Debtor provide the documentation by January 17, 2017. A true and correct copy of the Production Letter is attached hereto, and incorporated herein by reference, as Exhibit "A."

9.

On January 9, 2017, Debtor once more failed to appear at the 341 Meeting thus further hindering and delaying the Trustee's examination and investigation. The meeting has been reset to January 30, 2017.

10.

Debtor failed to produce the requested documentation to Trustee's Counsel by January 17, 2017.

**PERFORM DEBTOR'S DUTIES**
**REQUIRED UNDER 11 U.S.C. §521**

11.

Debtor failed to timely file complete schedules prior to the previously set 341 Meetings.

12.

Debtor has engaged in a pattern of failing to attend the 341 Meetings both under Trustee Miller and Trustee Cooper.

13.

Debtor has failed to respond to Trustee's Counsel's letter or January 4, 2017 or produce the requested documentation.

14.

Debtor's actions thus far have prevented the Trustee from determining the assets available for recovery and the full value of the bankruptcy estate.

15.

As required under 11 U.S.C. §521(a)(3), Debtor must cooperate with Trustee as necessary to enable him to perform the duties required of him, pursuant to 11 U.S.C. §704.

16.

As required by 11 U.S.C. §521(a)(4), Debtor must surrender to Trustee all property of the estate which includes any recorded information, including books, documents, records and papers relating to property of the estate.

17.

Trustee seeks to have the Court compel Debtor by order of this Court to perform his duties as Debtor as set forth in 11 U.S.C. §521, including but not limited to producing all documentation requested

in the Production Letter, attending the continued 341 meeting of creditors to allow for further questioning, cooperating with the Trustee in all respects, and providing an appropriate sanction for failure to comply with the Court's order.

WHEREFORE, Trustee prays that the Court grant the Motion and enter an order:

(a) Directing Debtor to fulfil his statutory duties required under 11 U.S.C. §521;

(b) Directing the Debtor to cooperate with the Trustee;

(c) Directing the immediate turnover of Property of the estate to the Trustee;

(d) Directing the Debtor to attend the continued 341 Meeting of Creditors for further examination; and

(e) Alternatively, sanctioning Debtor accordingly for his failure to comply; and

(f) Granting such other and further relief

This 20th day of January, 2017

Respectfully Submitted,

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
Counsel for the Trustee

Greene & Cooper, LLP
615 Colonial Park Drive, Suite 104
Roswell, GA 30075
Phone: (678) 507-0213
Fax: (678) 507-0227
Ksteil@greenecooper.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of January, 2017, she caused a true and correct copy of the foregoing **MOTION TO COMPEL DEBTOR TO (1) PERFORM HIS DUTIES AND (2) TURNOVER PROPERTY OF THE ESTATE** and **NOTICE OF HEARING** to be served electronically on the parties registered to receive ECF notification from the Court, and that she served the foregoing documents by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to ensure property delivery on the following:

Joseph H. Turner, Jr.
Joseph H. Turner, Jr. P.C.
580 Cliftwood Ct. NE
Sandy Springs, GA 30328

Jitendra Kumar Patel
5435 Chelsen Wood Drive
Johns Creek, GA 30097

Jill A. Deutchman
Hartmon Simmons & Wood LLP
6400 Powers Ferry Road, NW, Suite 400
Atlanta, GA 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

This 20th day of January, 2017.

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
*Counsel for the Trustee*

Greene & Cooper, LLP
615 Colonial Park Drive, Suite 104
Roswell, GA 30075
Phone: (678) 507-0213
Fax: (678) 507-0227
Ksteil@greenecooper.com